# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America
Plaintiff(s)

vs.    Civil No. 97-1725 (SEC)

Zoraida Rodriguez Figueroa
Defendant(s)

RECEIVED & FILED
1999 SEP 14 PM 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 8/30/99  DOCKET: 20  TITLE: Motion to Close File for Administrative Purpose

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED        [ ] DENIED

[ ] NOTED          [ ] MOOT

## ADDITIONAL COMMENTS:

_13 IX 99_
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE